# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON KALASHNIKOV, | Case No. 1:25-cv-00944-SKO-HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| WANDA WILSON, Warden, et al., | |
| Respondents. | |

Petitioner is a former immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Upon consent of all parties, pursuant to 28 U.S.C. 636(c)(1), the action was reassigned to the undersigned for all further proceedings including trial and entry of judgment.

On September 3, 2025, the parties filed a notice of voluntary dismissal and notified the Court that Petitioner had been released from ICE custody and departed the United States. (Doc. 13.) Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, an action may be dismissed without court order by filing "(ii) a stipulation of dismissal signed by all parties who have appeared." Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules." In this case, both parties have signed the stipulation to dismiss the petition. (Doc. 13.)

1

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is directed to close the case pursuant to the parties' notice of voluntary dismissal; and
2) All pending deadlines are vacated.

IT IS SO ORDERED.

Dated:   **September 4, 2025**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE